AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

HUNTER B. MIDDLETON

Case No.   1:13cr86-01-MHT        (WO)

USM No.   14810-002

Stephen P. Ganter
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    1, 2 and 3 of the      petition filed on 1/8/15 of the term of supervision.

☐   was found in violation of condition(s)      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to complete the long-term residential drug treatment at Seven Springs Ministries, Oxford, AL as directed. | 12/31/14 |
| 2 | The defendant failed to refrain from any unlawful use of a controlled substance. | 12/28/14 |
| 3 | The defendant failed to notify the probation at least ten days prior to any change in residence or employment. | 12/31/14 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)      and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8877

Defendant's Year of Birth:    1994

City and State of Defendant's Residence:
Newton, AL

March 16, 2015
Date of Imposition of Judgment

Signature of Judge

Myron H. Thompson, U.S. District Judge
Name and Title of Judge

March 17, 2015
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
                Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: | HUNTER B. MIDDLETON |
| CASE NUMBER: | 1:13cr86-01-MHT |

Judgment — Page   2   of   2

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

      *66 Days . The term of supervision imposed on 9/16/14 is hereby Revoked.*

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at  _____ ☐ a.m.  ☐ p.m.  on  _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on  _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on  _____ to  _____

at  _____ with a certified copy of this judgment.

                                       _____

                                       UNITED STATES MARSHAL

          By  _____

                                  DEPUTY UNITED STATES MARSHAL